# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable John Robbenhaar

Initial Appearance

| | | | |
|---|---|---|---|
| Case Number: | 19-MJ-2214 | UNITED STATES vs. FELIX | |
| Hearing Date: | 7/23/2019 | Time In and Out: | 10:15 am – 10:24 am |
| Clerk: | K. Dapson | Courtroom: | Rio Grande |
| Defendant: | Henry Felix | Defendant's Counsel: | Alejandro Fernandez for this hearing only |
| AUSA | Steve Kotz | Pretrial/Probation: | A. Urias |
| Interpreter: | | | |

## Initial Appearance

- ☒ Defendant sworn
- ☒ Defendant received a copy of charging document
- ☒ Court advises defendant(s) of possible penalties and all constitutional rights
- ☒ Defendant wants Court appointed counsel
- ☒ Government moves to detain    ☐ Government does not recommend detention
- ☒ Set for Preliminary/Detention Hearing    on July 23, 2019    @ 9:30 am

## Preliminary/Show Cause/Identity

- ☐ Defendant
- ☐ Court finds probable cause    ☐ Court does not find probable cause

## Custody Status

- ☐ Defendant waives detention hearing
- ☒ Defendant detained pending hearing
- ☐ Conditions

## Other

- ☐ Matter referred to    for final revocation hearing
- ☐